**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-61448-ALTMAN**

**HECTOR ORLANDO CARBAJAL CARRASCO**,

     *Petitioner*,

*v.*

**WARDEN, BROWARD TRANSITIONAL CENTER**,

     *Respondent.*

_____/

## ORDER

Our Petitioner—proceeding *pro se*—requests that we "order [his] immediate release from custody, or in the alternative, order an individualized bond hearing." Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1] at 8. The Respondents counter that, "[i]n light of the recent decision in *Hernandez Alvarez v. Warden*, 25-14065, ___ F.4th ___ (11th Cir. May 6, 2026), Respondent does not oppose Petitioner's claim that he should be provided a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a)." Response to Order to Show Cause [ECF No. 6] at 2. Accordingly, we hereby **ORDER and ADJUDGE** that the Petition [ECF No. 1] is **DISMISSED as moot**. We **DIRECT** the Clerk of Court to **CLOSE** this case.

     **DONE AND ORDERED** in the Southern District of Florida on May 22, 2026.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Hector Orlando Carbajal Carrasco, *pro se*

       Noticing INS Attorney
       Email: usafls-immigration@usdoj.gov